SO ORDERED.
SIGNED 18th day of June, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**



# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CENTRO CABINETRY, LLC, ) | |
| ) | |
| Debtor ) | No. 2:22-bk-00550 |
| ) | Chapter 7 |
| ) | |
| JOHN C. McLEMORE, TRUSTEE, ) | Adversary Proceeding |
| ) | No. 2:24-ap-90115 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA INTERNAL ) | |
| REVENUE SERVICE, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the United States' unopposed motion to amend the Pretrial Order. It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

- The parties shall complete discovery **no later than Thursday, July 3, 2025**.

1

- The parties shall file exhibits, witness lists, stipulations, and briefs **no later than Friday, July 18, 2025**.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.**