SO ORDERED.
SIGNED 2nd day of October, 2025

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

*Randal S. Mashburn*
**Randal S. Mashburn
Chief U.S. Bankruptcy Judge**



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT COOKEVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CENTRO CABINETRY, LLC, | ) | Case No: 2:22-bk-00550 |
| | ) | Chapter 7 |
| | ) | Judge Mashburn |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| JOHN C. McLEMORE, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ). | Ad Pro. No. 2:24-ap-90115 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| INTERNAL REVENUE SERVICE, and | ) | |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED ORDER STAYING CASE

As evidenced by the signatures of counsel below, the Trustee and the United States of America have agreed to stay all deadlines and continue the trial in this matter. This stay is warranted because at the end of the day on September 30, 2025, the appropriations act that had been funding the U.S Department of Justice expired and those appropriations to the Department lapsed. Absent an appropriation, Department of Justice attorneys are prohibited from working,

even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Upon the agreement of the parties, and the Court finding good cause having been shown,

IT IS HEREBY ORDERED that this matter is stayed until Congress has restored appropriations to the Department.

IT IS FURTHER ORDERED that counsel for the United States shall notify the Court as soon as Congress has done so.

IT IS FURTHER ORDERED that the parties shall file their exhibits, witness lists, stipulations, and briefs no later than seven days after Congress has restored appropriations to the Department.

IT IS FURTHER ORDERED that the trial in this matter shall be continued to a date to be selected by the Court.  **The continuance affects the trial in the adversary proceeding as well as the related hearing on the Trustee's motion to approve compromise and settlement, scheduled for the same October 21, 2025, date in the main bankruptcy case.**

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

Submitted for entry:

/s/ *Phillip G. Young, Jr.*
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

*Counsel for Trustee*

*/s/ Anna A. Miller*
ANNA A. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 227
Washington, D.C. 20044
202-514-6068
202-514-6866 (f)
Anna.A.Miller@usdoj.gov

*Counsel for the United States*